**Order entered January 7, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00747-CR

**STEWART CARTER HURST, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 354th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 32486CR**

## ORDER

Before the Court is appellant's January 3, 2020 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief filed on or before February 7, 2020. Further extensions are disfavored.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE